UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Roderick Hernandez,

Defendant.

14-CR-783 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court hereby schedules a status conference in the above captioned-matter for Wednesday December 11, 2019 at 4:00 p.m. The conference will be held in Courtroom 11B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. By December 10, 2019, the parties should submit a joint letter proposing dates for a hearing on Defendant's alleged violations of supervised release, as well as any additional next steps in this matter.

SO ORDERED.

Dated: December 5, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge